# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The devices listed in the attached affidavit that are in the<br>custody of Homeland Security Investigations located at<br>40 S. Gay Street, Baltmore, MD | )<br>)<br>)<br>)<br>)<br>) | Case No.  13 - 935 WC<br>THROUGH<br>13 - 957 WC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The devices listed in the attached affidavit that are in the custody of Homeland Security Investigations located at 40 S. Gay Stree, Baltmore, MD.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21: 846 | Conspiracy with Possession with Intent to Distribute Marijuana. |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

James Stull, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 26, 2013  3:45 p.m.

*Judge's signature*

City and state: Greenbelt, MD    William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

[FILED / LOGGED / ENTERED / RECEIVED  MAY 10 2013  CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, AT GREENBELT  BY _____ DEPUTY]